**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __NY__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**   __Lincoln & Shwartz Property Group LLC__

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   __99-3624286__

4. **Debtor's address**

   **Principal place of business**
   __11 Mel ct__
   Number   Street

   __Bay Shore   NY   11706__
   City                  State   ZIP Code

   __Suffolk__
   County

   **Mailing address, if different from principal place of business**
   _____
   Number   Street

   P.O. Box _____

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**   _____

Debtor **Lincoln+Shwartz Property Group LLC**     Case number (if known) _____
       Name

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - [x] Chapter 7
   - [ ] Chapter 9
   - [ ] Chapter 11. *Check all that apply*:
     - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

Debtor  Lincoln Ishwortz Property Group LLC                         Case number (*if known*)_____
        Name

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  ☒ No
    
    If more than 2 cases, attach a separate list.
    
    ☐ Yes.  District _____ When ____/____/____ Case number _____
                                 MM / DD / YYYY
            District _____ When ____/____/____ Case number _____
                                 MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**  ☒ No
    
    List all cases. If more than 1, attach a separate list.
    
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When ____/____/____
                                                    MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**
    
    Check all that apply:
    
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**  ☒ No
    
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (*Check all that apply.*)
    
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    
    ☐ It needs to be physically secured or protected from the weather.
    
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    **Where is the property?** _____
                              Number    Street
    
    _____
    City                                    State  ZIP Code
    
    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

Debtor  Lincoln + Shwartz Property Group LLC    Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☒ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☒ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  6/21/2024
                 MM / DD / YYYY

    X _____        Isadore Mirulo
    Signature of authorized representative of debtor    Printed name

    Title  President

Debtor _____        Case number (*if known*)_____
　　　　　Name

18. **Signature of attorney**   ✘ _____   Date  _____
　　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　　　MM  / DD  / YYYY

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Firm name

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Number　　　Street

　　　　　　　　　　　　　　　　_____   _____   _____
　　　　　　　　　　　　　　　　City　　　　　　　　　　　　　　　　　　State　　　ZIP Code

　　　　　　　　　　　　　　　　_____   _____
　　　　　　　　　　　　　　　　Contact phone　　　　　　　　　　　Email address

　　　　　　　　　　　　　　　　_____   _____
　　　　　　　　　　　　　　　　Bar number　　　　　　　　　　　　State

BANK OF NY MELON  
200 PARK AVE  
NEW YORK NY 10166


PHH MORTGAGE / NEW REZ LLC  
1 MORTGAGE WAY  
MOUNT LAUREL NJ 08054

**Fill in this information to identify the case:**

Debtor name: Lincoln & Shwartz property group LLC

United States Bankruptcy Court for the: Eastern District of NY (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — Amount of claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim

**2.1 Creditor's name:** PHH Mortgage

Describe debtor's property that is subject to a lien: 1st Mortgage Servicer

$1,072,347    $250,000.00

Creditor's mailing address: 1 Mortgage Way, Mount Laurel NJ 08054

Describe the lien: Mortgage

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: _____
Last 4 digits of account number: 7760

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2 Creditor's name:** Bank of NY Melon

Describe debtor's property that is subject to a lien: Same as Above 1st Mortgage owner

$1,072,347    $250,000.00

Creditor's mailing address: 200 Park Ave NY NY 10166

Describe the lien: Mortgage

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: _____
Last 4 digits of account number: 7760

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,072,347

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

**Fill in this information to identify the case and this filing:**

Debtor Name  Lincoln & Shwartz Property Group LLC

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/21/2024       X _____
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

Printed name: Isadore Miule

Position or relationship to debtor: President

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re: Lincon ʒ Skvartz

Case No.
Chapter

Debtor(s)
-------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: Perry Skidmore
Address: 66 Bedell St
Email Address: PSSkidmore112@gmail.com
Phone Number: (631) 943 0726

Name of Debtor(s): Isadora Miale

CHECK THE APPROPRIATE RESPONSES:

**ASSISTANCE PROVIDED TO DEBTOR(S):**

____ I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

✓ I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

**FEE RECEIVED:**

✓ I WAS NOT PAID.

____ I WAS PAID.
Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: 6/21/2024

_____
Filer's Signature